■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH COBBS, Appellant.— Judgment of the Supreme Court, Queens County, rendered May 21, 1973, affirmed (*Terry* v. *Ohio*, 392 U. S. 1; *United States* v. *Bell*, 464 F. 2d 667, cert. den., 409 U. S. 991). Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER J. MIGLIORINI, Appellant.— Judgment of the Supreme Court, Richmond County, rendered March 27, 1973, affirmed. No opinion. The case is remitted to the Supreme Court, Richmond County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Brennan, JJ., concur.